**Edward T. DUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 94478.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 15, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 2011.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., John W. Grantham, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Edward T. Dunn appeals from the motion court's judgment denying his Rule 29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2010).

---

1. All rule references are to Mo. R.Crim. P.2010, unless otherwise indicated.